# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2296
_____

DEXTER DEWIN EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
James Matthew Colaw, Judge.


July 31, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and NORDBY and TREADWELL, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.